NUMBER 13-08-00086-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

UNITED SERVICES AUTOMOBILE ASSOCIATION, Appellant,


v.



OMAR W. ROSALES, Appellee. 

 ____________________________________________________________


On Appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________

 MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 357th District Court
of Cameron County, Texas, in cause number 2007-01-372-E. Appellant has filed a motion
to dismiss the appeal on grounds that the parties have settled the case and disposed of
all issues forming the basis of the appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 29th day of October, 2009.